■ In the Matter of the Estate of ROBYN R. LEWIS, Deceased. JAMES ROBERT SIMMONS, Respondent; MEREDITH M. STEWART et al., Appellants. (Appeal No. 3.) [982 NYS2d 807]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Valentino, JJ.

■ REMET CORPORATION, Respondent, v Estate of James R. Pyne, Deceased, et al., Appellants, et al., Defendant. [982 NYS2d 808]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ SUSAN GATELY, Respondent, v JAMES GATELY, Appellant. [982 NYS2d 807]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.

■ ONE FLINT ST., LLC, et al., Appellants, v EXXON MOBIL CORPORATION et al., Respondents, et al., Defendants. [982 NYS2d 808]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.

■ In the Matter of BATTAGLIA DEMOLITION, INC., et al., Appellants, v CITY OF BUFFALO et al., Respondents. [982 NYS2d 807]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

■ CELESTE SWIETLIK, Respondent, v TOWN OF HAMBURG, Appellant. [982 NYS2d 808]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni and Sconiers, JJ.

■ MICHAEL J. DIFABIO, Respondent, v JAMES M. JORDAN, Appellant [982 NYS2d 807]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERICK W. BARKER, Appellant. (Appeal No. 2.) [984 NYS2d 899]—Motion for reargument of the appeal is granted to the extent that, upon reargument, the memorandum and order entered January 3, 2014 (113 AD3d 1114 [2014]) is amended by deleting the fourth sentence of the memorandum. Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.